# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130150(74)

GEORGE H. GOLDSTONE,
       Plaintiff-Appellant,

v

BLOOMFIELD TOWNSHIP PUBLIC LIBRARY,
       Defendant-Appellee.

_____

SC: 130150
COA: 262831
Oakland CC: 04-060611-CZ

On order of the Chief Justice, the motion by defendant-appellee for adjournment of the oral argument of this case is considered and it is GRANTED. The Clerk is directed to place this case on the April 2007 Session Calendar for argument and submission.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2007

_____
Clerk